# MINUTES

CASE NUMBER:      CV10-00247JMS-KSC

CASE NAME:      Martha Ann Skaggs v. Bank of America, N.A., et al.

ATTYS FOR PLA:     John Paer

ATTYS FOR DEFT:   Patricia McHenry, by phone

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang      REPORTER:    FTR C5

DATE:    10/12/2011         TIME:        2:45-2:49pm
                                                                                   **UNDER SEAL**

---

COURT ACTION:  EP: Settlement on the Record.  Case settled.  Terms stated **UNDER SEAL**.

Based upon representations by counsel, the Court finds that the essential terms of a valid and binding settlement agreement have been stated.  The deadline for filing of the Dismissal is 11/14/11.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

Non Jury Trial date of 10/25/11 before Judge Seabright is hereby vacated.

Submitted by: Shari Afuso, Courtroom Manager