CADES SCHUTTE LLP

PATRICIA J. MCHENRY         4267-0
MICHAEL C. SCHWARTZ         8763-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email: pmchenry@cades.com
       mschwartz@cades.com

Attorneys for Defendants
HSBC BANK USA, N.A. and
BAC HOME LOANS SERVICING, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTHA ANN SKAGGS,<br><br>            Plaintiff.<br>   v.<br>HSBC BANK USA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>            Defendants. | CIVIL NO. 10-00247 JMS-KSC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MARTHA ANN SKAGGS, and Defendants HSBC BANK USA, N.A. and BAC HOME LOANS SERVICING, LP, being the only parties appearing in this action, through their undersigned counsel, hereby stipulate to dismiss with prejudice Plaintiff's First Amended Complaint for Damages and Injunctive Relief, filed on May 25, 2010.

All parties agree to bear their own attorneys' fees and costs except as set forth in the Settlement Agreement executed by the parties. There are no remaining claims or parties in this action.

The trial date of October 25, 2011 has been taken off calendar.

DATED:  Honolulu, Hawaii,   December 19, 2011  .

/s/ John Harris Paer
JOHN HARRIS PAER

Attorney for Plaintiff
MARTHA ANN SKAGGS

CADES SCHUTTE LLP

/s/ Patricia J. McHenry
PATRICIA J. McHENRY

Attorney for Defendants
HSBC BANK USA, N.A. and
BAC HOME LOANS SERVICING, LP

APPROVED AND SO ORDERED:



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

_____
STIPULATION FOR DISMISSAL WITH PREJUDICE; Skaggs vs. HSBC Bank USA, N.A.; et al.; Civil No. 10-00247 JMS-KSC